**No. 67193.**—Quality Marble & Granite Co. et al. v. United States, protests 60/27194, etc. (New York).

Opinion by OLIVER, C.J.  In accordance with stipulation of counsel that the merchandise consists of opal glass tiles or tiling, the claim of the plaintiffs was sustained.